| AO 10<br>Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT**<br>**NOMINATION FILING** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Jones, Richard A | 2. Court or Organization<br><br>W. D. Washington | 3. Date of Report<br><br>03/22/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Nominee | 5a. Report Type (check appropriate type)<br><br>☒ Nomination,     Date 03/19/2007<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>1/1/2006<br>to<br>02/28/2007 |
| 7. Chambers or Office Address<br><br>Regional Justice Center<br>401-4th Avenue North<br>Kent, Washington 98032-4429 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | YMCA |
| 2. Advisory Board Member | National Center for Courts and Media, National Judicial College |
| 3. Advisory Board Member | Seattle University Access to Justice Institute |
| 4. Board Member | Washington State Minority Justice Commission |
| 5. Faculty/Instructor | National Judicial College |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1994 | Washington State Deferred Compensation Plan; pension upon retirement |
| 2. 1994 | Washington State Judicial Retirement Account; pension upon retirement |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | State of Washington Administrator for the Courts (salary) | $ 128,808.00 |
| 2. 06/11/2006 | Kansas Supreme Court (honorarium) | $ 1500.00 |
| 3. 2006 | Wedding income | $ 1100.00 |
| 4. 2007 | State of Washington Administrator for the Courts (salary) | $ 29,595 |
| 5. 2005 | State of Washington Administrator for the Courts (salary) | $ 124,588 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Sound Transit (salary) |
| 2. 2006 | Personal hobby/costume jewelry sales |
| 3. 2007 | Sound Transit (salary) |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Exempt | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Richard A | 03/22/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | credit card | K |
| 2. Bank of America | credit card | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Richard A | 03/22/2007 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Tullys Stock (common) | | None | J | W | Exempt | | | | |
| 2. Tully's Stock (preferred) | | None | K | W | | | | | |
| 3. FBR Direct | B | Interest | J | U | | | | | |
| 4. American Funds: American Balanced | A | Interest | M | T | | | | | |
| 5. American Funds: American Mutual | A | Interest | M | T | | | | | |
| 6. American Funds: Bond Fund of America | B | Interest | M | T | | | | | |
| 7. American Funds: Capital Income Builder | A | Interest | M | T | | | | | |
| 8. American Funds: Capital World Bond | A | Interest | M | T | | | | | |
| 9. American Funds: Capital World Growth & Income | A | Interest | M | T | | | | | |
| 10. American Funds: Fundamental Investors | A | Interest | M | T | | | | | |
| 11. American Funds: Income Fund of America | A | Interest | M | T | | | | | |
| 12. American Funds: Investment Co. of America | A | Interest | M | T | | | | | |
| 13. American Funds: Washington Mutual Investors | A | Interest | M | T | | | | | |
| 14. American Funds: Cash Mgmt. Trust of America | D | Interest | J | T | | | | | |
| 15. American Funds: SMALLCAP World | A | Interest | L | T | | | | | |
| 16. Fidelity Funds: U.S. Value Stock | D | Interest | M | T | | | | | |
| 17. Fidelity Funds: U.S. Core Stock | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | S –Assessment | |
| | Q –Appraisal | V –Other | | | |
| | U –Book Value | W –Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Richard A | 03/22/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Lehman ABS | | None | J | W | | | | | |
| 19. Principal Financial Group | | None | K | W | | | | | . |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I:

| | |
|---|---|
| Advisory Board Member | Northwest Minority Job Fair Committee; |
| Advisory Board Member | First Year Minority Clerkship Program; |
| Advisory Board Member | University of Washington School of Law Advisory Committee |
| Advisory Board Member | Fairhaven College Law and Diversity Advisory Board |
| Advisory Board Member | Washington State Bar Association Leadership Institute |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date  3/22/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 18 | 933 | Notes payable to banks-secured | | 56 | 000 |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 23 | 771 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | 24 | 000 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 10 | 000 |
| Due from relatives and friends | | | | Unpaid income tax | | . | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 776 | 000 |
| Real estate owned-add schedule | 1 | 300 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 120 | 000 | | | | |
| Cash value-life insurance | | 15 | 470 | | | | |
| Other assets itemize: | | | | | | | |
| Washington State retirement accounts | | 269 | 284 | | | | |
| 401(k) account | | 3 | 080 | | | | |
| IRA accounts | 1 | 596 | 159 | Total liabilities | | 842 | 000 |
| | | | | Net Worth | 2 | 528 | 697 |
| Total Assets | 3 | 370 | 697 | Total liabilities and net worth | | | |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | Yes | . | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |